L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINA WOODSIDE, an individual,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **MIDLAND CREDIT** ) <br> **MANAGEMENT, INC.; and DOES 1** ) <br> **through 10, inclusive,** ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:14-cv-01958-MCE-BAM <br><br> **ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

    The Court has reviewed the Stipulation of Plaintiff, REGINA WOODSIDE, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT